**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MARY WILSON and                                                              PLAINTIFF
MARY HANNA

      v.                              Case No. 4:22-CV-00569-JTK

CHANCE HERMEDA                                                         DEFENDANT

## ORDER

After removal from state court, the parties filed their pleadings in the above matter on June 17, 2022. District Judge Brian Miller entered an initial scheduling order, and shortly thereafter, the parties consented to the jurisdiction of the Magistrate Judge. The jury trial was scheduled to begin August 22, 2023, with the undersigned presiding.

On April 25, 2023, the parties filed a Joint Stipulation of Dismissal with Prejudice— pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)—after having entered into a settlement agreement of their dispute. (Doc. No. 12) Therefore, the signed joint stipulation properly dismisses with prejudice Plaintiffs' complaint and all claims asserted therein against Defendant. The Clerk of the Court is directed to terminate this case accordingly.

SO ORDERED this 27th day of April, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE